## Young, Appellant, v. Skala et ux., Appellants.

Argued November 16, 1972. *Eugene J. Brew, Jr.,* with him *Dale & Brew,* for plaintiff; *Robert B. Mc-*

*Cullough,* with him *Evans, Johnson, Scarpitti, Bernard, McCullough and Wittman,* for defendants.

Order and judgment affirmed.

WATKINS, J., absent.